**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-EASTERN DISTRICT**

In the Matter of:

|  |  |
|---|---|
| Majed Younes and, | Case No. 09-68585 |
| Nada Younes | Chapter 7 |
|  | Honorable Marci B. McIvor |

        Debtor (s).

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

      The attached check in the amount of **$930.77** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a).  The name and address of the Party entitled to these unclaimed dividends is as follows:

| (Creditor) | (Claim No.) | (Amount) |
|---|---|---|
| 1. U.S. Department of Education<br>Direct Loan SVCG<br>P.O. Box 5609<br>Greenville, TX 75403-5609 | **7** | $875.50 |
| 2. FIA Card Services, NA as Successor in Interest to<br>Bank of America, NA and MBNA America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | 11 | $55.27 |

                                                                          **Total:   $930.77**

| | |
|---|---|
| Dated: December 13, 2010 | /s/ Michael A. Stevenson (P37638)<br>Michael A. Stevenson, Trustee<br>Stevenson & Bullock, P.L.C.<br>26100 American Drive, Suite 500<br>Southfield, MI  48034<br>mstevenson@sbplclaw.com |